IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| EUGENE BRZOZOWSKI, et al., | ) | CASE NO.:  3:19 CV 523 |
| | ) | |
| Plaintiff, | ) | The Honorable Jack Zouhary |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| PRATT PAPER (OH), LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, subject to Court approval, Defendant Pratt Paper (OH), LLC ("Pratt" or "Defendant") makes this Revised Offer of Judgment to Plaintiffs Eugene Brzozowski, B. Keith Williams, and Jason Bender ("Plaintiffs").  This Revised Offer of Judgment supplements and supplants the terms of Defendant's Offer of Judgment dated February 5, 2020.

1.  Pratt will pay a total of $21,974.00 (Twenty One Thousand Nine Hundred Seventy Four Dollars and No Cents) to Plaintiffs, broken down as follows:

   a.  Pratt will pay Eugene Brzozowski the gross sum of  Fourteen Thousand Fifty Two Dollars and No Cents ($14,052.00). Of that amount, $7,026 will be designated as wages, and subject to applicable taxes and deductions.  Pratt will issue Brzozowski an IRS Form W-2 for that amount.  Of the total amount of $14,052, the remaining $7,026 will be treated as non-economic damages, on which Brzozowski will be responsible for all taxes, and Pratt will issue an IRS Form 1099.  Brzozowski will submit a current and completed IRS form W-9 to

Pratt before Pratt will issue payment for the non-economic damages referenced above.

b.  A portion of the $7,026.00 payment to Brzozowski treated as non-economic damages will reflect a class representative payment to acknowledge Brzozowski's service in the lawsuit (the "Service Payment").  In consideration of the Service Payment, Brzozowski will agree to and sign a General Release of all waivable claims against Pratt, its affiliates, related companies, directors, officers, current and former employees, attorneys, agents, and assigns.

c.  Pratt will pay B. Keith Williams the gross sum of Five Thousand Nine Hundred Forty Nine Dollars and No Cents ($5,949.00)  Of this amount, $2,974.50 will be designated as wages, and subject to applicable taxes and deductions.  Pratt will issue Williams an IRS Form W-2 for that amount.  Of the total amount of $5,959.00,  the remaining $2,974.50 will be treated as non-economic damages, on which Williams will be responsible for all taxes, and Pratt will issue an IRS Form 1099.  Williams will submit a current and completed IRS form W-9 to Pratt before Pratt will issue payment for the non-economic damages referenced above.

d.  Pratt will pay Jason Bender the gross sum of  One Thousand Nine Hundred Eighty Three Dollars and No Cents ($1,983.00).  Of this amount, $991.50 will be designated as wages, and subject to applicable taxes and deductions.  Pratt will issue Bender an IRS Form W-2 for that amount.  Of the total amount of $1,983, the remaining $991.50 will be treated as non-economic damages, on which Bender will be responsible for all taxes, and Pratt will issue an IRS Form

1099.  Bender will submit a current and completed IRS form W-9 to Pratt before Pratt will issue payment for the non-economic damages described above.

2. Pratt will issue the payments described in Paragraph 1 within 30 days of the Court's Entry of Plaintiff's acceptance of this Offer of Judgment.  The wage portions of the payments to each Plaintiff will be made by check.  Payment of each plaintiff's non-economic damages will be made by wire or ACH payment to Plaintiffs' counsel's trust account.

3. Brzozowski, Williams and Bender represent that they have not negotiated Pratt's checks issued to them in September 2019, reflecting retroactive payment for homework hours worked.  Upon return of those checks to counsel for Defendant identified below, Pratt will promptly issue amended 2019 Forms W-2 to reflect that those payments were not issued.

4. Pratt will pay Plaintiffs' counsel:

   a.   reasonable attorneys' fees incurred as a prevailing party, through February 5, 2020;

   b.   Costs recoverable under 28 U.S.C. §1920, through February 5, 2020.

   Plaintiffs' reasonable attorney's fees and costs will be determined by the Court following briefing by the parties.  In briefing Plaintiffs' reasonable attorney's fees, Pratt agrees not to contest Plaintiffs' counsels' hourly rate in the amount of $350 for attorney Greg Mansell, and $225 for attorney Kyle Anderson.  Provided Plaintiffs' counsel provides Pratt a current, completed Form W-9, Pratt will pay Plaintiffs' counsel the reasonable attorney's fees and costs ordered by the Court within 30 days after the Court issues its order to that effect.

Defendant submits this offer in consideration for the dismissal with prejudice of all of Plaintiffs' pending claims in this action, as well as federal, state or municipal wage and hour claims of any kind that that may have accrued, through this date, against Pratt Paper (OH), LLC, its affiliates, related companies, directors, officers, current and former employees, attorneys, agents, and assigns. This offer is made for the purposes specified in Rule 68 only and is not to be construed as an admission of liability by Defendant.

If this offer of judgment is not accepted by Plaintiffs within 14 days, it is withdrawn and evidence hereof is not admissible, except in a proceeding to determine costs and/or attorneys' fees payable to Defendant by Plaintiffs in accordance with the provisions of Rule 68.  Moreover, if this offer is not accepted within 14 days and any judgment finally obtained by Plaintiffs is not more favorable than this offer, Defendant maintains that Plaintiffs shall not receive attorneys' fees or other costs incurred in this action from the date of this offer.  Plaintiffs also shall be obligated to pay all costs incurred by Defendant after service of this offer, including Defendant's reasonable attorney's fees, as permitted by law. The sum offered herein does not represent any admission or belief that Plaintiffs' claims have any merit whatsoever.

IT IS SO ORDERED.

*s/ Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

February 25, 2020